**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| THOMAS V. KARAGIANNIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 25-cv-6109 |
| | ) | |
| ILLINOIS COMMUNITY COLLEGE | ) | |
| DISTRICT NO. 502 (COLLEGE OF | ) | |
| DUPAGE), | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Thomas V. Karagiannis, and Defendant, Board of Trustees for Community College District No. 502 (incorrectly named herein as "Illinois Community College District No. 502 (College of DuPage)), submit the following stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(ii):

1. All of Plaintiff's claims are voluntarily dismissed with prejudice pursuant to FRCP 41(a)(ii); and

2. Each party shall bear its own attorneys' fees, costs, and expenses.

Dated: March, 2, 2026                    Respectfully submitted,

__s/  *Antonio L. Jeffrey*_____          _s/  *Emily A Shupe*_____
Antonio L. Jeffrey                       Emily A. Shupe
Jeffrey Law Office, LLC                  Christopher M. Miller
1301 W. 22nd Street, Ste. 308            Rathje Woodward LLC
Oak Brook, IL 60523                      300 E. Roosevelt Road, Suite 220
(312) 583-7072                           Wheaton, IL 60187
ajeffrey@jeffreylawoffice.com            630-668-8500
***Attorney for Plaintiff***                 eshupe@rathjelaw.com
                                         cmiller@rathjelaw.com
                                         ***Attorneys for Defendant***